■ COLUMBIAN ROPE COMPANY, Appellant-Respondent, v WITTENBERG DISTRIBUTORS, INC., Respondent-Appellant.—Order and judgment unanimously affirmed with costs to defendant for reasons stated at Supreme Court, Hayes, J. (Appeals from order and judgment of Supreme Court, Onondaga County, Hayes, J.—specific performance.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.